77-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
NEPTUNE SHIPPING S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
NEPTUNE SHIPPING S.A.,

**08 CV 1320**

                              Plaintiffs,

                                              **RULE 7.1 STATEMENT**

        -against -

PROBULK CARRIERS LTD,

                              Defendant.
------------------------------------------------------------------x

        The Plaintiff, NEPTUNE SHIPPING S.A., by and through its undersigned attorneys

Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure

(formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to

evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental

party) certifies that they are not publicly traded entities and no publicly held company owns 10%

or more of their stock.


Dated: New York, New York
        February 8, 2008              FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiff
                                      NEPTUNE SHIPPING S.A.

                    By: _____
                                      Michael E. Unger (MU 0045)
                                      80 Pine Street
                                      New York, NY 10005
                                      Telephone: (212) 425-1900/Facsimile: (212) 425-1901