USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NEPTUNE SHIPPING S.A.,

                Plaintiff,

v.

PROBULK CARRIERS LTD,

                Defendant.
-------------------------------------------------------x

08 CV 1320 (SAS)

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(i)

**WHEREAS,** Plaintiff NEPTUNE SHIPPING S.A. has provided notice of its voluntary discontinuance of this action; and

**WHEREAS,** Defendant PROBULK CARRIERS LTD has not entered an appearance, served an answer or filed a motion for summary judgment;

**NOW, THEREFORE,** pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that this action is discontinued without costs and the Clerk is directed to close the case; and

**IT IS HEREBY FURTHER ORDERED** that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court's Order are to be released forthwith and without delay.

                Stipulation:

Dated: New York, New York
          February 20, 2008

              FREEHILL HOGAN & MAHAR, LLP
              Attorneys for Plaintiff
              NEPTUNE SHIPPING S.A.

        By: _____
            Michael E. Unger (MU0045)
            Lawrence J. Kahn (LK 5215)
            80 Pine Street
            New York, NY 10005
            (212) 425-1900
            (212) 425-1901 fax

NYDOCS1/299342.1          1

**SO ORDERED.**

Dated: New York, New York
February 20, 2008

_____
The Hon. Shira A. Scheindlin, U.S.D.J.